**Bobbi Jo GEVESHAUSEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74736.**

Missouri Court of Appeals,
Western District.

March 26, 2013.

Frederick J. Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Bobbi Jo Geveshausen ("Geveshausen") appeals the motion court's denial of her Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Geveshausen contends that the motion court erred in denying her Rule 24.035 motion in

that her trial counsel failed to submit testimony or a statement of the victim at the sentencing hearing. According to Geveshausen, the victim's testimony or statement would have supported Geveshausen's claim that she was manipulated, coerced, and threatened to engage in the criminal conduct by the co-defendant. Geveshausen argues that had the victim's testimony or statement been received by the trial court, she would have received a lesser sentence. We affirm. Rule 84.16(b).